FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
ORIGINAL ✱ JUN 11 2018 ✱
BROOKLYN OFFICE

MATSUMOTO, J.

exhibit attached
newspaper article

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

___BENNIE GIBSON___

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

City
~~Commissioner~~ Deputy Commissioner, NYC Police Dept
Police Officer Thomas Rice #2326 and other
Officers, Administrative Directors, Policy Writers, Investigative Officers
~~Queens Anti-Crime, Queens District Attorneys Office~~
Prosecutors

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

**Complaint for Violation of Civil Rights**
(Non-Prisoner Complaint)

**MISC 18-3037**
(to be filled in by the Clerk's Office)

Jury Trial: ☒ Yes ☐ No
(check one)

Fed R Civ 38  7th Amend. USCA
Injunctive, declaratory,
Official, individual, investigative,
Administrative, justice,

PLEASE NOTE. Plaintiff is III strikes ~~the max~~ Paupers. The Officer placing him in this position is a defendant. He is in news for being corrupt and no longer NYPD. Forced to retire 2018 May.

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
✱ NOV 05 2018 ✱
BROOKLYN OFFICE

I. **The Parties to This Complaint**

A. **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Bennie Gibson_
Street Address _357 Beach 54 St_
City and County _Arverne, NY 11699_
State and Zip Code _____
Telephone Number _____
E-mail Address _____

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name _Commissioner NYC Police Dept Deputy Commissioner_
Job or Title
(if known)
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address
(if known)

Defendant No. 2

    Name               Police Officer - Thomas Rice
    Job or Title       Sheild # 2326 and others unknown
    (if known)        present

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 3

    Name               Queens Auto Crime Division Administrators
    Job or Title       policy, investigations
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 4

    Name               Prosecutor Queens District Attorney Office
    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☐ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Under 1st, 4th, 5th, 14th Federal Constitutional Jurisdiction, False Arrest, malicious prosecution, conspiracy to violate due process, abuse of process, retaliatory acts color of law, fraud, filing false affidavits, wrongful conviction, policy governing arrest and failure to properly train, supervise, create, update, administration justice & policy governing policy of prosecutors training

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

During 1994, 1995, 1996, 97, 98 These complaints were already placed in EDNY & SDNY and dismissed as frivolous, harrassment, delusional where plaintiff claimed NYPD officer Thomas Rice #2326 gave him permission to strip abandoned cars if he gave info to writ, plaintiff never believed and felt Rice was utilizing him as a fall guy Rice utilized informants to drive "perps" to abandoned cars filing false complaints of part removal I complained of this

Benn&Gibson

Coffee

# Rogue detective forced out after probe by News

**BY THOMAS TRACY and GRAHAM RAYMAN**
NEW YORK DAILY NEWS

AN NYPD DETECTIVE who made a career out of creating phantom witnesses to close investigations was bumped down to police officer and forced to retire after a new probe uncovered 10 more cases in which he fabricated witnesses and other information, police said Wednesday.

A criminal investigation has also been launched against former Detective Thomas Rice.

The move came after the NYPD opened a probe in the wake of a series of Daily News articles that detailed Rice's misconduct, police said.

"Internal Affairs found in the course of their investigation several additional reports that appeared to contain false information," NYPD spokesman Peter Donald said Wednesday.

"After further investigation by Internal Affairs they determined Rice had not actually interviewed witnesses or canvassed for video in a number of cases, as he had documented in his reports."

After being served with disciplinary charges on Tuesday, Rice pleaded guilty and was immediately suspended for 30 days, Donald said. He was also forced to forfeit 60 vacation days, was demoted to police officer and forced to retire.

"The case has been referred by Internal [Affai]rs to the Queens district a[ttorney's] office for potential crim[inal charges,] Donald said.

[Th]e 106th Precinct in Ozone [Park at] least [has b]een

That investigation involves his conduct with the NYPD and whether he got paid by the city while working at his second job – a Long Island power-washing business he owns.

NYPD Commissioner James O'Neill, who approved the discipline meted out to Rice on Tuesday, has said publicly that the second chance the detective received six years earlier wouldn't have happened under his watch.

"If this was a case that was presented to me there's a good chance Mr. Rice ... would not be a police officer anymore, would not be a member of the service," O'Neill said.

Police said that nine of the 10 new cases involved car break-ins. The 10th involved the burglary of a basement apartment.

"Those reports contained dozens of individual false entries, detailing investigative steps that were never in fact taken," Donald said.

As he was shown the door, Rice signed a waiver allowing the NYPD's disciplinary decision to be made public, despite Section 50-a of the 1976 state Civil Rights Law, which bars the release of disciplinary findings against uniformed officers.

"We hope the NYPD continues to root out the bad apples and we commend Commissioner O'Neill for taking a thorough look at the actions of this detective," City Councilman Donovan Richards said Wednesday.

"We should never allow the actions of the few to taint the great work of the many."

Rice will be able to keep his pension, but without the annual $12,500 variable supplement retir[in]g cops are usually paid, sources

[Dete]ctives union head Michael [Palladino] who had called The [cover]age of Rice's misconduct [an attack] on the work ethic [of the] detectives who [were doing the]

**DAILY NEWS**
**SLIMIEST OF THE FINEST**



¡JODETE, IDIOTA!

He start saying a of ugly w ... We fe humiliat

- Att'y in racist res
- N.Y.ers recoil at v

**BY LAURA DIMON, EDGAR SANDOVAL and LARRY McSHANE**
NEW YORK DAILY NEWS

A FEW WORDS of Spanish unleashed a torrent of hate speech from a racist, ranting Manhattan lawyer.

The Madison Ave. meltdown by attorney Aaron Schlossberg included a threat to sic federal immigration officials on workers at a Midtown restaurant – because they failed to speak English in his presence.

A viral video of the Tues lunchtime explosion captured xenophobic Schlossberg annou ing the employees were in country" before invoking threat of deportation.

"My guess is they're not d mented," Schlossberg annou loudly about the staff. "So my call is to ICE to have each o them kicked out of my coun they have the balls to come here and live off my money – I pay for their welfare, I pay for their ability to



### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1993 thru 98 in Corona Queens, 115, 110 precinct area still continuing

B. What date and approximate time did the events giving rise to your claim(s) occur?

April May June 1993. 95 95 96 97 98 still continuing thru police, FBI, NYPD, DOC, Mayors Office harrassment

C. ↙ Officer What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

In 1993 Officer Thomas Rice shield # 2326 filed false complaints of part removal from abandoned vehicles or regular cars parked in street. Rice had given permission to plaintiff to strip vehicles abandoned vehicles in exchange for info to wit plaintiff never believed.

Rice filed several complaints and was present at arrest where he stated I took parts, doors, motor transmission, interior, tires from Honda Accord, 240 SX Nissan etc. These parts were on car untouched

Rice would take my tool bag, dump it on ground and had utilized what appeared to be informants to drive "perps" to cars NYPD need arrests around, Gibson plaintiff was held arrested, indicted and erroneously prosecuted where Queens had no evidence to support charge these parts were on car untouched. and plaintiff was forcibly sentenced to Burglars Tools, released & beaten by NYPD

5

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I recieved beaten by Officer Quinn 110 Precinct after release in Willets Pt Junkyard area due to arguing with Queens AA on how arrests were circumvented I was punched in the head and dragged in sewer water punched several times

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Re-open/Re institute old claims against Thomas Rice, Queens Auto Crime, Get rid of who ever is placing my entries in front of Judges because somehow I believe they are changing documents ( Allow in claims for false arrest, wrongful conviction, malicious pros - conspiracy to violate due, filing of false affidavits, failure to train supervise NYPD failure to properly train Queen Prosecutors on Brady, fraud, tortious/tortiony acts under color of law due to new evidence of forced retirement by Rice on striking similliar charges of fraud in car part arrests. monetary relief $10,000,000

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

A.  **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 1st, 2018.

Signature of Plaintiff _B. Gibson_

Printed Name of Plaintiff BENNIE GIBSON