ORIGINAL

Amended
Proposed
Complaint

Please Note
Writing to SDNY
beg to pick
up jurisdiction

EDNY is not to
user friendly

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ NOV 05 2018 ★
BROOKLYN OFFICE

MISC 18-3037

MATSUMOTO, J.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

BENNIE GIBSON

plaintiff

Write the full name of each plaintiff.

-against-

The City
Commissioner of New York City Police
~~Deputy Commissioner New York City Polce~~
Supervisors Administraitors Policy creators
~~Senior Investigators Trainers~~
Queens Auto Crime Units -NYPD Thomas Rice#2326
~~Hon Judges involved in prosecution O'Dwyer~~
Judge Goldsten -District Attorney Senior Adm.
~~Richard Brown esq Assistant Disrict Attorneys~~

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

corruption forced retire -(May 17th 2018)

No. _____

(To be filled out by Clerk's Office)

# COMPLAINT
## (Prisoner)

Amended complaint
#1

Do you want a jury trial?
☑ Yes   ☐ No

Fed R Civ 38 jury trial
7th Amendment US Cons
injunctive & declaratory
relief sought
conspiracy, false arrest,
false arrest malicious pro
-secution abuse of
process R.I.C.O

PLEAESE TAKE Plaintiff is III
strikes 28USCA 1915 barred
Bases this complaint on
Rice and co-horts newly-new
evidence Rice retirement
~~May17th2018~~ corruption
SDNY 94 cv 6431Gibson v Rice
EDNY 97 cv3561
individual & offi
cial capacity
suite

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

exhibit attached

## I. LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a *"Bivens"* action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: Violation of State Constitutional Rights

## II. PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

| Bennie | | Gibson |
|---|---|---|
| **First Name** | **Middle Initial** | **Last Name** |

Bennie gibson aka Gibson Charles Green

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.
presently at NIC Rikers Island 441-18-05840

**Prisoner ID #** (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

**Current Place of Detention**

NIC -1500 Hazen ST East Elmhurst NY 11370

**Institutional Address**

| **County, City** | **State** | **Zip Code** |
|---|---|---|

## III. PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☑ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☐ Convicted and sentenced prisoner

☐ Other:

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

**Defendant 1:** Commissioner of NYC Police Dept     Deputy Commissioner NYC Police

| First Name | Last Name | Shield # |
|---|---|---|

Cheif Adm.

Current Job Title (or other identifying information)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

**Defendant 2:** Queens Auto Crime Units
Supervisors Adm.,Policy creators, investigator Trainors

| First Name | Last Name | Shield # |
|---|---|---|

# John Does # John Does#John Does #john Does

Current Job Title (or other identifying information)

1 Police Plaza  NYN 10038

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

**Defendant 3:** NYCP officer Thomas Rice # 2326

| First Name | Last Name | Shield # |
|---|---|---|

Address unknown

Current Job Title (or other identifying information)

resigned (forced)

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

**Defendant 4:** Honorable Judge ODwyer    Hon Judge Goldstein

| First Name | Last Name | Shield # |
|---|---|---|

125-01 Queens Blvd kew gardens NY 11415

Current Job Title (or other identifying information)

SupremeCourt State of New York

Current Work Address

| County, City | State | Zip Code |
|---|---|---|

DIstrict Attorney Richard Brown esq & Assistants
DA 12-01 Queens Blvd Kew Garden NY 11415

## V.   STATEMENT OF CLAIM

Willets PT Area  junkyards , Corona Queens

**Place(s) of occurrence:** 1993  Gibson was being followed around by  a squad car at night   while even in innocent  areas such as Pathmark or simply walking around. eventually Rice approached  Gibson stating he would give

**Date(s) of occurrence:** _____

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

(continued from above)         permission to strip cars unlimited  if  plaintiff gave  information. Plaintiff had seen pay offs in junkuyard and massive PBA donations and witnesses PO Quinn  walk around and tell  junkyard owners  he was going to blame it  on("these guys) =massive  amoun of stripped abandoned cars on guys  who didnt steal them but guys who took parts from them . Gibson beleive dRice didnt want info  but how much Gibson knew   While Rice went thru this  conversation his partner stood behind shaking his head like "do not agree to this !) Gibson laughed to himself because Gibson felt Gibson must look like a  "fu--idiot" to Rice because because  Rice would never admit he told gibson such! Gibson backed off Suddenly Gibson met a group of people who stated they knew  where abandoned cars  & we could split monry.  Where ever  they drove e Rice was following trailling with a tow company . I was insructed  to remve certain parts to wit I did not because   (it didnt feel right  and the people were not worried Rice was following us . So i would get out of  and stall. Rice would jump out of car take my tool bag dump on ground. and falsely write down Gibson removed doors motor transmission tires   rear clip windsheilds Rice did this too me 3 or 4 times or gave arrests to 0 and or was present

These complaints were lies based on informant ops . aninfo these parts were also on car at time of incident.(Which is why Gibson stalled because Gibson felt cars were not truly abandoned  & kind of  intact except for a radio missing or  headlight.Gibson was use to finding cars missing interior rims ,tires motor. but still having radiators door glass, mirrors  front bumpers  When Rice appeared Tow  Company would pick up cars Rice was conducting insurance scams or getting arrests by towin cars in area Queens DA indicted showed no pictures and sent me  to 43 days in a row to force a cop out ordered me a 730 when I said Rice lied showed no pictures of  car at time of arrest no supporting depositions kept offering  me state time  (i didnt know if government sactually took parts off to  make a case on me. These people will continiously just act like they have evidence or manufacture it  Finally Judge Goldstein took me in co and  forcibly sentenc me to burgars tool  Since then it is my belief I have 1  been in front of a group of corrupt judges Icant get a case dismissed  and correctioins has a group of people in jail harrassing me all the time whe Itry to do legal work

SDNY  94 cv 6431 Gibson v Rice & 97 cv 3561 EDNY  Qibson v Queens Auto Crime

Rice has participated IN NUMEROUS FALSE ARRESTS and filing false affidavits

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

intentional infliction emotional distress mental anguish

sleepless nights , fatigue. I couldnt seek help for false arrest

I couldnt seek help Whenever I did all of sudden mental Health would come
I never called or asked to speak with them . CO Hart and Ms Mims did this
Gibson had no mental issue and was trying to show false arrests

and suddenly without reviewing lack of evidence in a non violent
case the pyschs are fucking with me.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

Institute civil litiagtion monetary amount ten millon for false
arrest ,conspiracy to violate due process, fraud , perjury, abuse of
process, filing of false affidacvits , malicious prosecution , forced plea
administraion of justice. Brady violation failure to train , protect,
supervise , screen , remedy , beatings assault & batter ,coercion
Declare unconstitutional and bar DA from holding people on no evidence


DAILY NEWS
SLIMIEST
OF THE
FINEST

# Saying a[...]
# of ugly wo[...]
# ...We felt[...]
# humiliate[...]

- Att'y in racist resta[...]
- N.Y.ers recoil at vile[...]



## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| Oct 26/18 | _Signature_ |
| **Dated** | **Plaintiff's Signature** |
| BENNIE ERBSEN | BENNIE ERMAN |
| **First Name**   **Middle Initial** | **Last Name** |
| 1700 HAZEN St | |
| **Prison Address** | |
| EAST ELMHURST   NY   11371 | |
| **County, City**   **State**   **Zip Code** | |

Date on which I am delivering this complaint to prison authorities for mailing:  Oct 26/18

UNITED STATES DISTRITC COURTHOUSE **ORIGINAL**
EASTERN DISTRICT /CIVIL TERM

BERNIE GIBSON

FILED
IN CLERKS OFFICE
US DISTRICT COURT E.D.N.Y. **Plaintiff**

☆  ☆

**MATSUMOTO, J.**

v.  BROOKLYN OFFICE

New York City  Police officers
Thomas Rice # 2326 & others
operating trained  by supervised
by Queens Auto Crime
The City
Commissioner of  NYC Police
Deputy Commissioner
Queens District Attorneys Office Personnell
prosecutors, supervisors , policy

DEFENDANTS

N O T I C E  O F  M O T I O N
F O R  P E R M I S S I O N
T O  F I L E  A  C L A I M
in F O R M A  P A U P E R I S
28 USCA 1915

## MISC 18-3037

review of order requested based
on newly discovered and new
evidence of NYPD resignation

Officer Rice is the one of
many reasons Gibson became three
strikes

FILED
NOV -9 2018
PM

---

P L E A S E  T A K E  N O T I C E , that upon the annnexed affidavit of

Gibson pro se <u>Johnson v Avery</u> 89 Sct 747 ,39 US 483<u>Bellamy  v. Bradley</u>

the  plaintiff based on  newly discovered evidence will request a  evidentiar

hearing ,oral arguement requested whether  government unfairly arbitrarily

engaged  in a  cover-up for Queens Disrict Attorney Office  Queens Auto Crime

by  allegedely  plaintiffs complaints of  Officers filing false complaints

of part removal from abandoned vehicles and  utilizing informants  to drive

centrally targeted perps to abandoned  vehicles  under  entrapment ops

and pre-arranged arrests. by Ordering a  Three Strikes memrandum& wheter
recent amputations product of foul play.
     Plaintiff  seeks  said hearing at United States  District Courthouse

Eastern District  located at 225 Cadman Plaza Brookln NY 11201

Plaintiff  requests answer to said motion under applicable rules of

Federal  Rules Civil Procedure West Miller Marcus Kane

Plaintiff asks for review of  said Order under  <u>Polanco v Hopkins</u>  510 F3d152

<u>Chavis v Hopkins</u>  510 F3d 152  <u>Chavis  v Chappius</u>  618 f3d 162

<u>BRONX</u>s  County 10/12th /18

(1)

UNITED STATES DISTRICT COURTHOUSE
EASTERN DISTRICT/CIVIL TERM

BENNIE GIBSON

                         Plaintiff

v.

New York City  Police officers
Thomas Rice #2326 &others
operating ,trained  by supervised
by Queens Auto Crime
The City
Commissioner  of NYC Police
Deputy Commissioner
Queens District Attorneys Office  Personnel
prosecutors,supervisors,policy

                         DEFENDANTS

AFFIDAVIT  IN SUPPORT OF
M O T I O N  F O R
P E R M I S S I O N   T O
F I L E  A  C L A I M   in

F O R M A  P A U P E R I S
28 USCA 1915

reviw of order  requested based
on newly discovered evidence of
NYPD resignation

& immenient danger  issue thru
amputations and  whether it was
it was caused by mysterious cir-
cumstances  to wit  government
order  has caused  along with
intentional damage and mis constr-
uing or  refusal to "benefit of
doubt" when  litigant amends accep
allegations,recondideration, or
... by "barring order 28USC 1915

STATE OF NEW  YORK)

COUNTY OF    BRONX)ss.s

1)I_____submit his motion  in"good Faith" and not for the
and not for the purpose of delay fraud meritless  pratice  but because I
beleive I am entitled to said  relief sought  Velez v NY Presbterian
2014 NY Misc Lexis 3474 Arizona v YougBlood  109 Sct____

2) That I am a layman of the law asking this  courts indulgence for errors
   in form content spelling constitutional or·rstautory interpetation
   Johnson v Avery 89 Sct 747 393 US 483   Bellamy v Bradley729 F2d___

3) Iask the court to construe the allegations to  the strongest issues
   raised Cruz v Gomez 202 F3d ___

### EVIDENTIARY ALLEGATIONS IN SUPPORT OF REQUEST

4)  On May 17th 2017  afull spread  article ,the third  of the month
    appeared ' in the Daily New  It states NYPD officer Queens Auto Crime
    officeer was forced to retire due to corruption
    Plaintiff did send a complaint to EDNY returned  for some reason in 93 or 9
5)  Although it involves  EDNY jurisdic-tion  the lawlibrary only carried
    SDNY and litigant properely filed  suit. I  maintained
6)  That officer sheild # 2326  Thomas Rice  gave me permission to strip
    cars unlimited  if i gave them info I also maintained I never believed
    Rice who is blantantly prejudiced (I also  notice Rice did not only
    State abandonedcars Rices  partner appeared  to be signaling plaintiff
    not to get involved  and that Rice filed false complaints part removal
    in this

(2)

7) Plaintiff was laughing to himself under the impression that plaintiff must look like a "ass" to officer because plaintiff immediately realized NYPD would never

    a) admit to such dealings US v Reyes Vasquez 905 F2d 1497 although it can happen They would never do this with me (black) US v Clymer 25 F3d _____

    b) Rice wasnt paying me

    c) Rice was aware as I was as a newcomer to junkyard NYPD was being paid off ( not only did plaintiff witness but experienced beatings for taking parts off abandoned cars (stolen) stripped,good parts left but intended for shops not me per se or anyone else )

    d) the incredible amout of stripped cars in junkyard and Corona Queens (Willets Pt)

8) Plaintiff walked away from Rice

    e) Rice would follow Gibson around when Gibson would be walking around at night or every Gibson went Gibson didnt realize what was happening but Gibson was freelancing in other peoples turf taken parts from abandoned vehicles where established individuals and groups existed

    SecondlyGibson had been unknowingly by spanish Italian liason (african) to become fallguy since " i touched it let me take the weight for it" & Federal Courts & State Courts were down with it

> UNDER 28USC 1915  I COULD NEVER
> SAY "JACK" about(nypd ) NYPD
> AND WHEN I TRIED TO I WAS THROWN IN
> Pysch wards WITHOUT PRODUCTION OF CAR PART OR PHOTO

    f) Gibson states utilmately NYPD Queens DA set up operations informant usage to drive"perps" to abandoned cars and filed false part removal form complaint . A"perp"would have tool bag on him to wit tools were thrown on ground photographed afalse complaint filed a nd tow companies appeared picking up car. within 15 seconds of arrest or NYPD appearance

Gibson filed in SDNY Gibson v Rice 94 CV 6431 and other complaints and against NYPD to wit Rice was present but gave arrest to other . Rice was in 115 precinct Corona Auto Crime Unit instructed by Queens Auto. Gibson was also arrested by"Rambo"and Gee" also in Daily News for placing cars (reverse sting opds" in junkyard for stripping without authorization

Gibson experienced extreme harrassment trying to write  complaint's _in
jail  by state informants corrections etc and   corrections kept calling
Doctors on Gibson while Gibson was writing (CO Hart ) Gibson knew a
bit about  Harts activities in jail extra favors for inmates  and  Hart
was going to  make sure Gibson  could not say anything along with court
Hart in C-73 lawlibrary told  state informants to tell junkyard I was
snicthing to wit I wasnt I was telling thru 42 USCA 1983 NYPD was  falsely
arresting (that is not snicthing)

In 1994  Gibson did send  a complaint to EDNY to wit they refused to accept.

In 1997 upon beleif a complaint was filed  in EDNY about (Queens Auto Crime)

and   how they operate . Their was no issuance  upon belief, and although

status sheet says it was, it appears no  correspondence motions, sent to

litigant.

    IN May 2018   Rice resigned  Gibson finally had the evidence  he  needed

Rice  filed false  , complaints  ,false investigative  memorandumns ,manufactur

evidence,manufactuired  witness, doctored photographs forced to resign

corruption . Rice is in the body of complaint  97 CV 3561 Rice arrested

Gibson about 4  times and was present at other arrests.

Gibson believes  EDNY actively  stopped  Gibson from saying anything  about

Auto crimethru  28 USCA 1915  and other methods  Gibson mail has been seized,

NYPD has robbed Gibson ,followed  him continiously  ,beaten, fed clerkshave

have stated Writsuntimely  when they never were and denied access to affidavit

of service to  wit would show they were . In  all the Daily News article

helped Gibson. Gibson lawsuit to  Nursing Home  and  Mt Sinai and East Elm.

Hospital  and  5points  Correctional was seized because Fed Courts   allowed

NYPD ,Corrections, City, Court system to do whatever they wanted  even when

I sought to pay for suits in SDNY  I was not allowed. because of 28 USCA 1915

Gibson has truly suffered due to 28 USCA 1915 and false arrest accumalation.
                Gibson under Daily News article wishes  to be able  to file suit.

Gibson also states  Daily news has also captured info about pilots taking

planes  and flying over  peoples homes and person doing  figure eigths over

them dive bombing   circling over them gibson complained he was under

(4)

operation UNITRO   (Unwanted Nigger In Town  Re-Con Op)

Gibson believes the  News paper article would create a"reasonable probality"
that  could persuade  courtpersonnell or jurors:to"plaintiff cause'
or provide a  reason to"hold  up to " or use  a material  evidence against
forced plea to a higher appellate court .

> PLAINTIFF CONTEND BASED ON NEWLY DISCOVERED EVIDENCE
> UNAVAILABLE TO LITIGANT  AT TIME OF CAUSE  WHEN
> UNDER 5tH, & 14th FEDERAL CONSTITUTIONAL JURISPRUDENCE &
> STATE CONSTRUCT  said evidence is  MATERIAL AS A MATTER
> TO THE ISSUE AT BAR  & SHOULD SHOW FEDERAL COURT "barring"
> WAS ERRONEOUS AS A MATTER OF LAW  WHERE  RICE WAS PRESENT
> AT ARREST,WROTE COMPLAINT.  OR GAVE ARREST TO ANOTHER
> OFFICER  ,OR  INFLUENCED OFFICER TO ARREST

Bagley_  105 Sct 3375  Biglio 405 us 150  Brummell 976 F2d 1234

US v Slough  144 FSupp3d 4  Symond v Griffin   2018 US US District Lexis
                                               105079

CONE VBell 556 (556) US 449  Klyes v Whiteley 514 US 419  US v Williams

547 F3d 1187


          " The difference between the  " reasonable probality

test" and  the New York reasonable possibility" is under the  former  the
the undisclosed evidence recieves no more weight  than it wuld have been
accorded  had it been introduced at trial ,and thus a reviewing court
must determine how  that evidence  would have effected  jury deliberations"
          As  characterized by the Court of Appeals  the 'reasonable
probability  test "is outcome  orientated  standard of review  that gives
dispositive weight  to the strenght of the peoples case  remitting the impact
    of the exculpatory evidence to appellate hindsight"
                              "the reasonable possibility test  on the other hand
      focues upon the evidence withheld  and the questiOon whether failure
to disclose  possibly contributed to verdict"
                              McKinneys Criminsal Procedure Law art.440.
10 Pratice Commentaries  Peter  Preiser

     Gibson argues he was actually innocence and  his presence at the crime sc

scene was by government design pre-arranged  to wit litigant felt  and sensed

such and refused to  do anything.

          In People v Gibson 4101-93 upon belief the Ind. #

Rice wrote a complete hearsay  complaint to wit Gibson maintained  was

a blantant lie & somehow  individuals  in court appeared to  produce

absolutely no evidence to support charge.

Gibson was put under "extreme pressure" to cop out 44days straight bullpen therephy, no pictures provided of cars etc

In US v McCullough 2011 US Dist. Lexis56719 the party moving to

re-open hearing of demonstrating new info was not known at time

of crime " "has material bearing on the issue"

Respectfully,, Gibson beleives the information contained as to

Rice's demise is essentially what plaintiff alleged as to

manuafacturing phony witnesses, false investigative files ,framing

individuals,filing false affidavits. etc.

<u>IMMEDIATE HARM & DANGER</u>

<u>Tripati v Hale</u> 2013 US Dist lexis 113101
<u>Hafed v.Fed Bureau of Prisons</u> 635 F3d 1172

1) Gibson states ;please note ; police feel you walk around and steal "shit' Gibson contends and maintains things he deals with a primarily abandoned and Queens County is blantly manufacturing evidence on litigant but" issue of amputations of toes where Gibson is not diabetic and had no bad experience with cold

2) Re-leased 5Points Correctional in Jan 2018 .

3) requested to be released with boots" to wit denied even though blizzard conditions at prison area and in NYC

4) arrived NYC Missed sheletr time and went to Junkyard before releasal from prison took a techna shot to boost immune system .( but felt weaK ,SHOT WAS DONE AT DownState Corr.)

5) Gibson after 1day & ½ of releasal was told his fingers were turning blue to wit Gibson did not feel cold . 2 to 3 days later Gibson had a problem walking it appears After walking ½ hr I had to sit at least 3 hrs. gibson was wooried dueto fact he is active at(60)jogs pushups pull up bar runs and basically Gibsons hussle is physically draining, scrap metal

6) After 1 week called (or 5to 6 days ) EMS ,taken to East Elmhurst to wit for some reason I was admitted without being interviewed by doctors , three to five days later I developed a purplish-black calloused skin on toes fingers

7) I was asked if " If I was anyware government stored chemicals to wit there was chemical barrells where I burned copper wire. I was then adsked If I am diabetic to wit I am not . I was then told there is bacteria in my blood then told there isnt I was told by Asians Doctors " your toes are dead I was then told by Indian you just need anti-biotics.

8) I was then told I have gangrean , then told I have open wounds to wit I had no open wounds at time of incident or evaluation I was then told privately by a dfoctor why are they wrapping your feet so tight if circulation is a

(7)

a. 'problem I was then told I couldnt. shower any more.

Sent to nursing home  Lawrence who also said  toes are dead.

9) Second opinion  St Johns who  told me they know where I get my copper
from ( they started acting like NYPD  with me and  said toes are dead )

10) Then  told Mt Sinai wanted to do stem cell reasearch. Sent to
Mt sinai who immediately wanted to  amputate and said "All these
things keep happening to the :" Black man"

11) After this comment  (Gibson knew the Police were wacthing  him thru
these people)

12) Given radioactive dye  and  MRI ,X -ray to wit  told circulation in
legs excellent but  toes are dead

_____ AMPUTATION  *Police did like Gibson walking around*
*and Federal Government*

13) after amputation Mt Sinai went "ballistic" on  my person
Doctors studewnts would walk right in and rip off  dressings , gauze
pads  I also noticed it appeared , the heel of both feet  had slightly
been cut into  and I had a bluish scar tissue on heel to wit
doctors started cutting into to "promote healing and to "explore"

14) Gibson felt their was no reason for this  It did not smell  and it  was
healing , with constant cutting this turned in to a 2inch circular
wound.

15)Gibson also deve-loped chicken pox after being moved into a room with
skin cells all over it  and dirty linen  after being told I  had
multiple resistant bacteria  and then being told  I didnt and this
was a .precaution

16) Gibson was moved back to nursing home  to wit  when I tried to  walk
the Social Worker Ms Weiner started with me  thsat wounds are not
healed to wit is true but wound doctor was not against it
a) I am not diabetic , and if I felt pain I sat down then tried
again      the social worker is not a  doctor
17) I  asked could I apply for Welfare  she said you are going to shelter
and they do it She  ignored fact  my wounds are  still open & "Ozzing"
blood & other fluids
18) I then  was stopped from  seeing a female on Ward Ms Constance
and moved into a room with asexual predator who I woke up "the guy
has my foot in his hand  and is"jerking off"

19)Gibson says  although he has Indian  blood in  family "I am "Black:
and the Jamican  nurses are prejudiced against Americqn Blacks
and started teling me about my life and crime. Gibson does not
know  what happened but know this . It appear s 28 USCA 1915 has
done something to my person  to wit I beleive it was not designed

20) Gibson cannot file a suit unless some Judge in courtroom who hasnt
witnessed,researched, seen discovery or evidence or the seen the
deniakl of such  tell; me whether I CAN SUE FOR BEATINGS ,ROBBERY,
unlawfulsurveillance, police misconduct, etc false arrest
seizure of mail etc  involuntary committment.

15.

PLAINTIFF CONTENDS THAT OFFICER THOMAS RICE#2326
WAS THE ACTUAL BASIS FOR ALOT OF FEDERAL COURT
DETERMINATION OF FRIVOULOUS COMPLAINTS ALTHOUGH
"PLAINTIFF " SHOULD NOT HAVE TO SASTIFY 28 USC1915
and that SAID DETERMINATION BY JUDGE BASED ON
COMPLAINT THAT IT WAS FRIVOLOUS WAS ERRONEOUS NOT
ONLY IS RICE CORRUPT QUEENS COUNTY COURT SYSTEM
INDICTED PLAINTIFF WITHOUT SAID EVIDENCE ALLEGED

## P L A I N T I F F  S H O U L D/N O T BE. "B A R R E D

"Their is only one exception to the prepayment requirement in 1915(g)
Kinnell265 F3d 1127 and it applies to a prisoner who is under imminent
danger and serious physical injury. To meet the exception appellant is
required to make specific credible allegations of imminent danger
of serious physical harm Kineell 265 F3d at 1127 Every circui ti have
decided the issue so far hjas concluded that the statute use opresent
tense shows prisoner must be in imminent danger at filing time Andrews
v.Cervantes 493 F3d 1047 493 F3d 1047 Ciarpagni v Sinai 352 F3d 328"

   "An appellant should make his allegations of imminent danger in his

motion to proceed pro se.,forma pauperis."

                              Hafed v. Federal Bureau, of Prisons
                              635 F3d 1172

" imminent dangers are those dangers which are about to occur at any
time (moment or are impending "By using the imminent Congress indicated tha
that it wanted to include a safety valve for the three strikes rule
to prevent impending harms not thode already occured The imminent
harm allows the district court to permit an optherwise barred prisoner
to file complaint IFP . Abdul Akbar Tripati v. Hale
Tripati 2013 US dist. lexis 114192 Abdul Akbar v. McKelvie 239 F3d 307


Whereby plaintiff requests a hearing on this evidentiary where plaintiff

does have proof of Rices corruption and it is probably known to Federal

government alerady 94 cv6431 is better explained to wit SDNY wil have to amend

97 cv 3561. OR GOVERNMENT WILL ALLOW THE COMPLAINT ATTACHED.

                                    BENNIE GIBSON

SWORN TO BEFORE ME _____
    19      day of  OCT 2018

NOTARY PUBLIC

                              CKON JAKBM
                    Notary Public, State of New York
                    No. 01AK6161516
                    Qualified in Queens County
                    Commission Expires February 26, 20

                    9

UNITED STATES DISTRICT COURTHOUSE
EASTERN DISTRICT/CIVIL TERM

Gibson    Bennie

                plaintiff

v.

the City

A F F I D A V I T  OF

S E R V I C E

permission To file
28 USC1915

---

STATE OF NEW YORK    )

COUNTY OF    BRONX   ) ss.s

I_____    declare under   28 USC1746 & 18usc 1621

penality of perjury  and notary law  that I placed a  ⁀Permission to file

motion in the internal mailbox located at 1500 Hazen  St. East Elmhurst NY

11370   on Oct _____2018

mailed TO:
Pro Se
United States District Courthouse
Eastern District Courthouse
225 Cadman Plaza
Brooklyn NY 11201

                                   Respectfully,

                                   Bennie Gibson

SWORN TO BEFORE ME that
19ᵗ
               day of Oc tb 2018

notary public  NOTARY PUBLIC

Notary Public, State of New York
No. 01AK6161518
Qualified in Queens County
Commission Expires February 26, 20 19

17